**CSD 1162** [08/22/03]
Name, Address, Telephone No. & I.D. No.
JaVonne M. Phillips, Esq., SBN 187474
Jennifer C. Wong, Esq., SBN 246725
McCarthy & Holthus, LLP
1770 Fourth Avenue
San Diego, CA 92101
Phone (619) 685-4800
Fax (619) 685-4810

Order Entered on
December 06, 2007
by Clerk U.S. Bankruptcy Court
Southern District of California

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

| | |
|---|---|
| In Re<br>  Maria Leonor Calderon,<br><br>                                        Debtor. | BANKRUPTCY NO. 07-06030-LA7 |
| Wilshire Credit Corporation, its assignees and/or successors<br><br>                                   Moving Party | RS NO.   JCW-1 |
| Maria Leonor  Calderon, Debtor(s), and Gregory Akers, Chapter 7 Trustee<br><br>                                 Respondent(s) | Chapter 07 |

### ORDER ON NONCONTESTED MOTION FOR RELIEF FROM AUTOMATIC STAY
⊠ **REAL PROPERTY** ☐ **PERSONAL PROPERTY**

        IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two

(2) through 3 with exhibits, if any, for a total of <u>3</u> pages, is granted. Motion/Application Docket Entry No.  8

// MOVANT HAS FAILED TO PROVIDE EVIDENCE THAT IT IS ENTITLED TO BRING MOTION.

// ORIGINAL NOTE AND DEED OF TRUST IN NAME OF MORTGAGE LENDER USA AND NOT MOVANT.

// NO EVIDENCE OF ASSIGNMENT TO MOVANT.  PROVIDE COPIES OF ASSIGNMENT AND RESUB-

// MIT ORDER.

DATED:     December 05, 2007

**NOT APPROVED**

_____
Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under
Fed. R. of Bankr. P. 9011 that the relief in the order is the
relief granted by the court.

Submitted by:

McCarthy & Holthus, LLP
(Firm Name)

By:   /s/ Jennifer C. Wong, Esq.
        Attorney for ⊠ Movant ☐ Respondent

CSD 1162

**CSD 1162** [08/22/03] **(Page 2)**
ORDER ON NON CONTESTED MOTION FOR RELIEF FROM AUTOMATIC STAY ON REAL OR PERSONAL PROPERTY
DEBTOR: Maria Leonor Calderon and                                    CASE NO.: 07-06030-LA7
                                                                     RS NO.:

The Motion of Wilshire Credit Corporation, ("Movant"), for relief from the automatic stay having been filed with the above-entitled court on 11/07/2007, and

The Notice of Filing of a Motion for Relief from Automatic Stay (a file-stamped copy of which is attached hereto as Exhibit A OR Notice Docket Entry No. 9, if filed electronically), the Motion, and accompanying Declarations having been served upon the parties named below on 11/07/2007, and

☒ Debtor *(Name)*: Maria Leonor Calderon

☒ Debtor's Attorney *(Name)*: Edward Jun Fetzer

☒ Trustee *(Name)*: Gregory Akers

☐ United States Trustee (in Chapter 11 & 12 cases), and

☐ Others, if any *(Name)*:

No objection or Request for Hearing having been filed by or on behalf of the Debtor, IT IS HEREBY ORDERED as follows:

The automatic stay pursuant to 11 U.S.C. Section 362 is hereby terminated for all purposes as to Movant in connection with the estate's and the debtor's interest in

1. ☒ The following real property:

    a. Street address of the Property including county and state:

        320 "J" Avenue Unit 87
        National City, CA 91950

    b. Legal description is ☒ attached as Exhibit A or ☐ described below:

2. ☐ The following personal property as described ☐ below or ☐ in Exhibit B attached:

IT IS FURTHER ORDERED that *(Optional)*:

T**he ten-day stay described in Bankruptcy Rule 4001(a)(3) is waived.**

CSD 1162

*Signed by Judge Louise DeCarl Adler December 05,2007*

CSD 3010 [04/28/96]

15992

ORDER NO.: 35360887

Schedule
~~EXHIBIT~~ "A"

A Condominium Comprised Of:

Parcel 1:

An undivided 1/96th interest as tenant-in-common in and to the real property described as follows:

Lot 1 of City of National City Tract No. 2003-1, in the City of National City, County of San Diego, State of California, according to Map thereof No. 15042, filed in the Office of the County Recorder of San Diego County, July 8, 2005.

Excepting therefrom the following:

(a)  All Living Units shown upon the Villa Real Condominiums Condominium Plan recorded July 8, 2005 as Instrument No. 2005-0579049 of Official Records, San Diego County, California ("Condominium Plan").

(b)  The exclusive right to possession of all those areas designated as Exclusive Use Common Area Patio, Balcony, Parking Space and shown upon the Condominium Plan referred to hereinabove.

Parcel 2:

Living Unit No. 87, as shown on the Condominium Plan referred to hereinabove.

Parcel 3:

The exclusive right to the use, possession and occupancy of those portions of the real property referred to in Parcel 1 above, designated as Exclusive Use Common Area Patio P--, bearing the same number as the Living Unit set forth in Parcel 2 and appurtenant to Parcels 1 and 2 above described.

Parcel 4:

The exclusive right to the use, possession and occupancy those portions of the real property referred to in Parcel 1 above, designated as Exclusive Use Common Area Balcony B--, bearing the same number as the Living Unit set forth in Parcel 2 and appurtenant to Parcels 1, 2 and 3 above described.

Parcel 5:

The exclusive right to the use, possession and occupancy of those portions of the real property referred to in Parcel 1 above, designated as Exclusive Use Common Area Parking Spaces PS-59, and appurtenant to Parcels 1, 2, 3 and 4 above described.

Assessors Parcel No.:  556-180-55-59

*Signed by Judge Louise DeCarl Adler December 05,2007*