**CSD 1161** [05/15/03]
Name, Address, Telephone No. & I.D. No.

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

Debtor.

BANKRUPTCY NO.

Moving Party

RS NO.

Respondent(s)

Hearing Date:
Hearing Time:

**OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY**
☐ REAL PROPERTY      ☐ PERSONAL PROPERTY

Respondent in the above-captioned matter moves this Court for an Order denying relief from the automatic stay on the grounds set forth below.

1. A Petition under Chapter  ☐ 7   ☐ 11   ☐ 12   ☐ 13  was filed on _____.

2. Procedural Status:
   a. ☐ Name of Trustee Appointed *(if any)*:

   b. ☐ Name of Attorney of Record for Trustee *(if any)*:

   c. ☐ *Prior Filing Information:
      Debtor has previously filed a Bankruptcy Petition on:_____.
      If applicable, the prior case was dismissed on: _____.

   d. ☐ *(If Chapter 13 case)*: Chapter 13 Plan was confirmed on _____ or a confirmation hearing is set for _____.

3. *Number of unsecured creditors _____. Amount of unsecured debt $_____.

4. *Last operating report filed:_____

5. *Disclosure statement: Filed? (yes/no)_____. Approved? (yes/no) _____.
   If yes, date of plan confirmation hearing:_____

\*Only required if respondent is the debtor.

**CSD 1161**

Respondent alleges the following in opposition to the Motion:

1. ☐ The following real property is the subject of this Motion:
   a. Street address of the property including county and state:

   b. Type of real property (e.g., single family residence, apartment building, commercial, industrial, condominium, unimproved):

   c. Legal description of property is attached as Exhibit A.

   d. **Fair market value of property: $_____.

   e. **Nature of Respondent's interest in the property:

2. ☐ The following personal property is the subject of this Motion *(describe property)*:

   a. **Fair market value of property: $_____.

   b. **Nature of Respondent's interest in the property:

3. Status of Movant's loan:
   a. Balance owing on date of Order for Relief:      $_____
   b. Amount of monthly payment:                      $_____
   c. Date of last payment:                           _____
   d. If real property,
      (1) Date of default:                            _____
      (2) Notice of Default recorded on:              _____
      (3) Notice of Sale published on:                _____
      (4) Foreclosure sale currently scheduled for:   _____
   e. If personal property,
      (1) Pre-petition default:   $_____   No. of months:_____
      (2) Post-petition default:  $_____   No. of months:_____

4. *(If Chapter 13 Case, state the following:)*
   a. Date of post-petition default:                  _____
   b. Amount of post-petition default:                $_____

5. Encumbrances:
   a. Voluntary encumbrances on the property:

| Lender Name | Principal Balance | Pre-Petition Arrearages<br>Total Amount - # of Months | | Post-Petition Arrearages<br>Total Amount - # of Months | |
|---|---|---|---|---|---|
| 1st: | | | | | |
| 2nd: | | | | | |
| 3rd: | | | | | |
| 4th: | | | | | |
| Totals for all Liens: | $ | $ | | $ | |

**Separately filed Declaration required by Local Bankruptcy Rule 4001-4.

CSD 1161

      b. Involuntary encumbrances of record (e.g., tax, mechanic's, judgment and other liens, lis pendens):
☐ See attached page, if necessary.

6. Relief from the automatic stay should not be granted because:
    a. ☐ Movant's interest in the property described above is adequately protected.

    b. ☐ Debtor has equity in the property described above and such property is necessary to an effective reorganization.

    c. ☐ The property is not "single asset real estate", as defined in 11 U.S.C. § 101(51B).

    d. ☐ The property is "single asset real estate", as defined in 11 U.S.C. § 101(51B), and less than 90 days (or _____ days ordered by this court) have passed since entry of the order for relief in this case, or

        (1) the Debtor/Trustee has filed a plan of reorganization that has a reasonable possibility of being confirmed within a reasonable time; or

        (2) the Debtor/Trustee has commenced monthly payments to each creditor whose claim is secured by the property (other than a claim secured by a judgment lien or by an unmatured statutory lien) which payments are equal to interest at a current fair market rate on the value of each creditors' interest in the property.

    e. ☐ Other *(specifiy)*: ☐ See attached page.

When required, Respondent has filed a separate Declaration pursuant to Local Bankruptcy Rules 4001-4.

Respondent attaches the following:

1. ☐ Other relevant evidence:

2. ☐ *(Optional)* Memorandum of points and authorities upon which the responding party will rely.

WHEREFORE, Respondent prays that this Court issue an Order denying relief from the automatic stay.

Dated:

_____
[Attorney for] Respondent

CSD 1161